IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-00058-01-CR-W-NKL |
| | ) | |
| RUSSEL L. SINGLETARY, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate John Maughmer, to which no objection has been filed, the pleas of guilty are now accepted. Defendant is adjudged guilty of such offenses. Sentencing will be set by subsequent order of the court.

  S/NANETTE K. LAUGHREY
NANETTE K. LAUGHREY
United States District Judge

Dated:   December 29, 2009